

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00271-CV

| | | |
|---|---|---|
| MICHAEL EVANGELISTA-YSASAGA AND THE PENNA GROUP, LLC, Appellants | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-305051-18) |
| V. | | |
| | § | May 11, 2023 |
| SHANNON PANA, BERNARDO PANA, AND ACCP, LP, Appellees | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
      Justice Elizabeth Kerr